IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-03289-002-TUC-SHR (MSA) |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| Pedro Adan Sevilla, | |
| Defendant. | |

Based upon the defendant having pled guilty and having made an admission to facts in support of the plea, and the Court having considered those facts; and

WHEREAS, the following firearms and ammunition have been transferred or sold to, or deposited with, a third party, or placed beyond the jurisdiction of the court (hereinafter "Firearms and Ammunition Not Seized"):

| Asset Description | Price |
|---|---|
| 5000 rounds .38 super ammo, 5000 rounds .45 ammo | $3,490.11 |
| Romarm/Cugir Mini Draco 7.62mm pistol, s/n PE-8364-2019 | $699.00 |
| Glock model G17 Gen 5 9mm caliber pistol, s/n ADCY796 | $525.00 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-12338-19 | $787.98 |

| | |
|---|---|
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-13074-19 | $655.00 |
| American Tactical Imports Omni Hybrid 5.56mm pistol, s/n NS203662 | $365.00 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-12931-19 | $729.00 |
| Romarm/Cugir Draco 7.62mm rifle, s/n DB-9486-18 | $689.00 |
| Glock model 23 .40 pistol, s/n KFD427 | $466.93 |
| Romarm/Cugir Draco 7.62mm pistol, s/n DB-9688-18 | $787.98 |
| Romarm/Cugir Draco 7.62mm pistol, s/n DB-9009-18RO | $1,087.90 |
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1127156 | $444.00 |
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1127125 | $444.00 |
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1126385 | $444.00 |
| Romarm/Cugir Mini Draco 7.62mm pistol, s/n PE-8301-2019 | $638.25 |
| Glock 19GEN4 9mm pistol, s/n BKBH078 | $499.00 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-13888-19 | $774.19 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-14201-19RO | $771.76 |
| Zastava ZPAP92 7.62mm pistol, s/n Z92-000108 | $689.00 |

| Item | Value |
|---|---|
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1116947 | $549.00 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-12760-19 | $699.00 |
| Romarm/Cugir Mini Draco 7.62mm pistol, s/n PE-7883-2018 | $655.00 |
| CAI Draco 7.62mm pistol, s/n RAS47107734 | $755.60 |
| Taurus G2C 9mm pistol, s/n TLT01440 | $218.15 |
| 5000 rounds Wolf 7.62, 2000 rounds .40, 8000 rounds .38 Super | $4,776.94 |
| Romarm/Cugir Draco 7.62mm rifle, s/n DF-0940-19 | $699.00 |
| Romarm/Cugir Mini Draco 7.62mm pistol, s/n PE-9092-2019 | $655.00 |
| Glock GMBH model 17 9mm pistol, s/n BKUE028 | $475.00 |
| American Tactical Imports Omni Hybrid 5.56mm pistol, s/n NS215446 | $365.00 |
| Romarm/Cugir Draco 7.62mm pistol, s/n DR-1696-16 | $699.00 |
| Romarm/Cugir WASR-10UF 7.62mm rifle, s/n UF-2506-18 | $815.00 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-13093-19 | $675.44 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-12532-19 | $787.98 |
| Glock model G17 9mm pistol, s/n BHBT262 | $525.00 |

| | |
|---|---|
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1127129 | $444.00 |
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1127100 | $444.00 |
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1127095 | $444.00 |
| Pioneer Arms Corp Hellpup 7.62mm pistol, s/n PAC1126994 | $499.00 |
| Romarm/Cugir Micro Draco 7.62mm pistol, s/n PMD-13937-19 | $655.00 |
| Glock model G23 .40 cal pistol, s/n DDT924US | $350.00 |
| CAI RAS-47 7.62mm pistol, s/n RAS47106998 | $696.77 |
| Romarm/Cugir Draco 7.62mm pistol, s/n DF-0845-19 | $793.50 |
| | |
| Total | $32,663.48 |

and represent the property involved in violation of Title 18, United States Code, Section 554, the offense for which the defendant pled guilty, and are therefore forfeitable pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and

WHEREAS, based upon the defendant's plea of guilty, the Court finds that the defendant had an interest in the Firearms and Ammunition Not Seized, and that the government has established the requisite nexus between the property and the offenses; and

WHEREAS, based upon defendant's admission of disposing of the Firearms and Ammunition Not Seized, the Court finds that the government has satisfied the requirements of Title 21, United States Code, Section 853(p)(1)(B), that the Firearms and Ammunition Not Seized have been transferred, sold to, or deposited with a third party, or placed beyond

the jurisdiction of the court and therefore are no longer available for forfeiture; therefor

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America the Firearms and Ammunition Not Seized, which constitute property involved in the commission of the offenses for which the defendant pled guilty; and

IT IS FUTHER ORDERED that pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America the sum of $32,663.48 in United States currency in the form of a personal money judgment which represents the value of the Firearms and Ammunition Not Seized; and

IT IS FURTHER ORDERED that as a result of an act or omission of the defendant, the government may seek forfeiture of any other property, including but not limited to both real and personal property, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p), up to the value of the Firearms and Ammunition Not Seized at the time of the offense, that is $32,663.48 in United States currency; and

IT IS FURTHER ORDERED pursuant to Fed. R. Crim. P. 32.2(e)(1) that upon the discovery or seizure of any other property of the defendant that may satisfy all or part of the above-listed value, the United States shall motion this Court to amend this Order to include that property; and

IT IS FURTHER ORDERED that upon seizure of any property of the defendant to satisfy all or part of the above-listed value, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property and shall publish notice of this as required by law; and

IT IS FURTHER ORDERED that any payments to satisfy the $32,663.48 in U.S. currency be mailed to U.S. Marshals Service, Sandra O'Connor Courthouse, #270, Attention: AFU, 401 West Washington Street, SPC-64, Phoenix, Arizona 85003-2159. The check must include the defendant's name and reference case number CR 19-3289-TUC

and 20-ATF-029945; and

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

Dated this 25th day of April, 2022.

SCOTT H. RASH
United States District Judge

United States of America v. Pedro Adan Sevilla
Final Order of Forfeiture Page 6 of 6